Original

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
                                  :   **SEALED**
         - v. -                   :   **INFORMATION**
                                  :
   ALBI DOKA,                     :   S1 15 Cr. 202 (JSR)
                                  :
                      Defendant.  :
                                  :
- - - - - - - - - - - - - - - - x

COUNT ONE
(Conspiracy to Distribute Narcotics)

The United States Attorney charges:

1.   From at least in or about December 2012, up to and including in or about March 2015, in the Southern District of New York and elsewhere, ALBI DOKA, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that ALBI DOKA, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

3.   The controlled substances that ALBI DOKA, the defendant, conspired to distribute and possess with intent to distribute were (1) quantities of oxycodone, a Schedule II controlled

substance, in violation of Title 21, United States Code, Section 841(b)(1)(C); and (2) mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

## COUNT TWO
(Firearms Possession in Connection with a Narcotics Offense)

The United States Attorney further charges:

4. From at least in or about January 2015, up to and including at least in or about February 2015, in the Southern District of New York and elsewhere, ALBI DOKA, the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the narcotics offense charged in Count One of the Information, knowingly did use and carry a firearm, to wit, a Glock model 23 .40 caliber pistol.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

## COUNT THREE
(False Statements)

The United States Attorney further charges:

5. From at least on or about May 9, 2015, up to and including on or about June 8, 2015, in the Southern District of New York and elsewhere, ALBI DOKA, the defendant, in a matter within the jurisdiction of the judicial branch of the Government of the United States, knowingly and willfully did make materially false, fictitious, and fraudulent statements and representations, to wit,

DOKA made false statements to representatives of Pretrial Services in connection with his pretrial supervision in this case.

(Title 18, United States Code, Section 1001(a)(2).)

## FORFEITURE ALLEGATION

6. As a result of committing the controlled substance offense charged in Count One of this Information, ALBI DOKA, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds said defendant obtained directly or indirectly as a result of the violation and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violation alleged in Count One of this Information, including but not limited to a sum in United States currency representing the amount of proceeds obtained as a result of the offense.

### Substitute Asset Provision

7. If any of the above-described forfeitable property, as a result of any act or omission of ALBI DOKA, the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841 and 853(p).)

*[signature]*
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ALBI DOKA,

Defendant.

**SEALED INFORMATION**

S1 15 Cr. 202 (JSR)

(18 U.S.C. §§ 924(c), 1001 and 2; 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846.)


PREET BHARARA
United States Attorney.