UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALBI DOKA,<br><br>Defendant. | 15-cr-202 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Before the Court is the motion of defendant Albi Doka for early termination of his ten-year term of supervised release. See ECF No. 71. The motion was fully briefed on October 21, 2026. See ECF Nos. 71-72.

The Court is pleased that the defendant has made considerable progress in the years since he was released from custody, as detailed in the excellent letter submitted by his counsel. However, the defendant has not identified any significant burden imposed by the continuation of his term of supervised release, which was amply justified by his prior misconduct. Accordingly, upon careful consideration of the arguments of counsel and the materials submitted by the defendant, the Court denies the defendant's motion.

SO ORDERED.

Dated: New York, NY
October 23, 2026

JED S. RAKOFF, U.S.D.J.